CHESHIRE.

---

BROOKS *& a.* v. HOWARD.

The question, whether a new trial should be granted in a chancery suit, on the ground that by reason of newly discovered evidence a further hearing would be equitable, is a question of fact to be decided at the trial term.

IN EQUITY. After a verdict for the plaintiffs on issues submitted to a jury, the defendant petitioned for a new trial on the ground of newly discovered evidence.

*Faulkner*, for the defendant.

*Lane*, for the plaintiffs.

DOE, C. J. In cases like this, in which there is no right of review, the practice of granting new trials is more liberal than in reviewable actions. *Ordway* v. *Haynes*, 47 N. H. 9. The question, whether a new trial should be granted on the ground that by reason of newly discovered evidence a further hearing would be equitable (Gen. St., *c.* 215, *s.* 5), is a question of fact to be decided at the trial term.

*Case discharged.*